

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 28 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1603

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE OXYCONTIN ANTITRUST LITIGATION*

*Laura Dzierlatka v. Purdue Pharma Co., et al.*, C.D. California, C.A. No. 2:04-2218

*ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in this action (*Dzierlatka*) on June 1, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Dzierlatka* filed a notice of opposition to the proposed transfer. Plaintiff has now notified the Panel that she withdraws her initial opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on June 1, 2004, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Sidney H. Stein.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel