```
                                                  USDC SDNY
                                                  DOCUMENT
                                                  ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                      DOC #:
SOUTHERN DISTRICT OF NEW YORK                     DATE FILED: 12/15/05
-------------------------------------------------x

In re:                                           :        04 MDL. 1603 (SHS)
                                                 :
OXYCONTIN ANTITRUST LITIGATION                   :
                                                 :
                                                 :
This Document Relates To:    All Cases           :
-------------------------------------------------x
```

## ORDER NO. 1

(Setting Initial Case Management Conference)

It appearing that the cases listed on **Attachment A** merit special attention as complex litigation, IT IS HEREBY ORDERED:

1.  Initial Conference

    a.  The parties shall appear for an initial conference on January 18, 2006 at 10:00 a.m. in Courtroom 23A.

    b.  Attendance. To minimize costs and facilitate a manageable conference, parties are not required to attend the conference, and parties with similar interests are expected to agree to the extent practicable on a single attorney to act on their joint behalf at the conference. A party will not, by designating an attorney to represent its interests at the conference, be precluded from other representation during the litigation.

    c.  Service List. This order is being transmitted to the persons shown on **Attachment B**, which has been prepared from the list of counsel who have appeared in 04 MDL 1603 (SHS) or before the Judicial Panel on Multidistrict Litigation. Counsel on this list are requested to forward a copy of the order to other attorneys who should be notified of the conference. A corrected service list, if needed, will be prepared after the conference for future use in this Multi District Litigation.

    d.  Other Participants. Persons who are not named as parties in this litigation but may later be joined as parties or are parties in related litigation pending in other federal and state courts are invited to attend in person or by counsel.

1

f. List of Affiliated Companies and Counsel. To assist the Court in identifying any problems of recusal or disqualification, counsel will submit to the court by December 27, 2005 a list of all companies affiliated with the parties and all counsel associated in the litigation.

4. Electronic Filing and Attorney Admission

a. All attorneys who have been admitted to this Court, either for all purposes or pro hac vice for purposes of this case, shall complete and file a CM/ECF attorney registration form by December 27, 2005. Forms can be found on the Court's website at www.nysd.uscourts.gov.

b. All attorneys who wish to be admitted for purposes of this case shall comply with Local Civil Rule 1.3 in submitting a motion to be admitted pro hac vice. All such motions should be submitted by December 27, 2005.

c. All documents filed in the MDL case and the underlying civil cases shall be filed electronically on the Court's ECF system via the Internet at ecf.nysd.uscourts.gov.

Dated: New York, New York
December 14, 2005

SO ORDERED:

Sidney H. Stein, U.S.D.J.

Attachments

3

2.     Purposes and Agenda

    a.    The conference will be held for the purposes specified in Fed. R. Civ. P. 16 and 26(f).

    b.    A tentative agenda is appended as **Attachment C**. Counsel are encouraged to advise the Court as soon as possible of any items that should be added to the agenda.

3.     Preparations for Conference

    a.    Procedures for Complex Litigation. Counsel are expected to familiarize themselves with the Manual for Complex Litigation, Fourth, and be prepared at the conference to suggest procedures that will facilitate the just, speedy, and inexpensive resolution of this litigation.

    b.    Initial Conference of Counsel. Before the conference, counsel shall confer and seek consensus to the extent possible with respect to the items on the agenda, as well as a suggested schedule under Rule 16(b) for filing of consolidated or coordinated pleadings, and consideration of class certification motions and any additional potentially dispositive pretrial motions. The Court designates Garwin Gerstein & Fisher L.L.P. and Hagens Berman Sobol Shapiro L.L.P. to arrange the initial meetings of plaintiffs' counsel and Covington & Burling and Gibbons Del Deo Dolan Griffinger & Vecchione, P.C. to arrange any initial meetings of defendants' counsel as necessary.

    c.    Preliminary Reports. Above designated Counsel will submit to the Court by December 27, 2005 a brief written statement ("Counsel's Statement"), indicating their preliminary understanding of the facts involved in the litigation and the critical factual and legal issues. These statements will not be filed with the clerk, will not be binding, will not waive claims or defenses, and may not be offered into evidence against a party in later proceedings.

    d.    List of Pending Motions. Counsel's Statement shall list all pending motions including motions for consolidation, appointment of lead counsel and appointment of interim class counsel. To the extent possible, counsel should indicate to which actions listed in Attachment A each motion is pertinent.

    e.    List of Related Cases. Counsel's Statement shall list all related cases not included on Attachment A that are pending in state or federal court and their current status, to the extent known.

## Attachment A – List of Actions

IN RE: OXYCONTIN ANTITRUST LITIGATION
**04 MD 1603**

| TITLE | DISTRICT | DOCKET # | S.D.OF NY | CLOSING DATE | F |
|-------|----------|----------|-----------|--------------|---|
| PURDUE<br>-V-<br>BOEHRINGER | | | 99-3658 | | |
| PURDUE<br>-V-<br>TEVA | | | 01-8507 | | |
| PURDUE<br>-V-<br>TEVA | | | 01-11212 | | |
| PURDUE<br>-V-<br>IMPAX | | | 02-2803 | | |
| PURDUE<br>-V-<br>IMPAX | | | 02-7569 | | |
| PURDUE<br>-V-<br>IMPAX | | | 02-8036 | | |
| PURDUE<br>-V-<br>TEVA | | | 03-2312 | | |
| UNITED<br>-V-<br>PURDUE | | | 04-112 | | |
| AZNAVORIAN<br>-V-<br>PURDUE | | | 04-154 | | |
| ARKANSAS<br>-V-<br>PURDUE | | | 04-196 | | |
| LOUISIANA<br>-V-<br>PURDUE | | | 04-229 | | |

| | | | | | |
|---|---|---|---|---|---|
| KRAUSE<br>-V-<br>P.F. LABS | | | 04-314 | | |
| PAPER<br>-V-<br>PURDUE | | | 04-315 | | |
| ROCHESTER<br>-V-<br>PURDUE | | | 04-327 | | |
| AF OF L<br>-V-<br>PURDUE | | | 04-487 | | |
| MEIJER<br>-V-<br>PURDUE | | | 04-494 | | |
| GIWNER<br>-V-<br>P.F. | | | 04-607 | | |
| DRUG<br>-V-<br>P.F. | | | 04-637 | | |
| SUFFOLK<br>-V-<br>PURDUE | | | 04-651 | | |
| JAFFE<br>-V-<br>PURDUE | | | 04-929 | | |
| WINTHROP<br>-V-<br>PURDUE | | | 04-957 | | |
| VALLEY<br>-V-<br>PURDUE | | | 04-1014 | | |
| AETNA<br>-V-<br>HUMANA | | | 04-1083 | | |
| LOUISIANA<br>-V-<br>PURDUE | | | 04-1212 | | |
| SAJ<br>-V-<br>PURDUE | | | 04-1354 | | |

| | | | | | |
|---|---|---|---|---|---|
| WALGREEN<br>-V-<br>PURDUE | | | 04-1446 | | |
| UFT<br>-V-<br>PURDUE | | | 04-1808 | | |
| PAINTERS<br>-V-<br>PURDUE | | | 04-2078 | | |
| WHITTLE<br>-V-<br>PURDUE | | | 04-2089 | | |
| VISTA<br>-V-<br>PURDUE | | | 04-2179 | | |
| BREWER<br>-V-<br>PURDUE | | | 04-2297 | | |
| HALBAN<br>-V-<br>PURDUE | | | 04-2298 | | |
| LISSY<br>-V-<br>P.F. | | | 04-2378 | | |
| NATHANSON<br>-V-<br>PURDUE | | | 04-2604 | | |
| BIRMINGHAM<br>-V-<br>PURDUE | | | 04-2749 | | |
| LOCAL 1199<br>-V-<br>PURDUE | | | 04-3093 | | |
| CONN.<br>CITIZEN<br>-V-<br>PURDUE | D OF CONN | 3:04-15 | 04-3131 | | Y |
| KLEIN<br>-V-<br>PURDUE | D OF CONN | 3:04-39 | 04-3132 | | |

6

| | | | | | |
|---|---|---|---|---|---|
| NEIGHBOR-CARE -V- PURDUE | | | 04-3156 | | |
| WHITE -V- PURDUE | | | 04-3295 | | |
| CITY OF NY -V- PURDUE | | | 04-3499 | | |
| CVS -V- PURDUE | | | 04-3719 | | |
| CARE -V- PURDUE | | | 04-3890 | | |
| BALLOVERAS -V- PURDUE | | | 04-4039 | | |
| MEDIC -V- PURDUE | | | 04-4574 | | |
| FRIEDMAN -V- PURDUE | | | 04-4575 | | |
| BURSE -V- PURDUE | | | 04-4892 | | |
| LYNN -V- PURDUE | | | 04-4893 | | |
| GREATER -V- PURDUE | | | 04-4894 | | |
| BURNHAM -V- PURDUE | | | 04-4895 | | |
| AYALA -V- PURDUE | D OF ARIZONA | 2:04-388 | 04-4960 | | Y |

| | | | | | |
|---|---|---|---|---|---|
| TULLY<br>-V-<br>PURDUE | ND OF<br>ILLINOIS | 1:04-1551 | 04-4961 | | Y |
| SCHOOLEY<br>-V-<br>PURDUE | D OF MINN | 0:04-1076 | 04-4962 | | Y |
| DZIERLATKA<br>-V-<br>PURDUE | CD OF<br>CALIFORNIA | 2:04-2218 | 04-5253 | | Y |
| LEMASTER<br>-V-<br>PURDUE | | | 04-5256 | | |
| KOOMAN<br>-V-<br>PURDUE | ND OF<br>ILLINOIS | 1:04-1552 | 04-5450 | | Y |
| WILLIAMS<br>-V-<br>PURDUE | | | 04-7080 | | |
| PRESSLEY<br>-V-<br>PURDUE | MD OF<br>FLORIDA | 6:04-381 | 04-7115 | | Y |
| WITTEFELDT<br>-V-<br>PURDUE | MD OF<br>FLORIDA | 6:04-593 | 04-7116 | | Y |
| MORGANTI<br>-V-<br>PURDUE | ED OF<br>MICHIGAN | 2:04-71455 | 04-7117 | | Y |
| DORAN<br>-V-<br>PURDUE | D OF<br>NEVADA | 2:04-450 | 04-7118 | | Y |
| MAY<br>-V-<br>PURDUE | D OF SOUTH<br>CAROLINA | 9:04-1530 | 04-7119 | | Y |
| WOODSON<br>-V-<br>PURDUE | ED OF<br>TENNESSEE | 2:04-94 | 04-7120 | | Y |
| RIDGELL<br>-V-<br>PURDUE | D OF SOUTH<br>CAROLINA | 5:04-1328 | 04-7621 | | Y |

8

| | | | | | |
|---|---|---|---|---|---|
| SPERDUTO<br>-V-<br>PURDUE | CD OF<br>CALIFORNIA | 2:04-1123 | 04-8552 | | Y |
| GINSBERG<br>-V-<br>PURDUE | CD OF<br>CALIFORNIA | 2:04-1125 | 04-8553 | | Y |
| ALBERTSON<br>-V-<br>PURDUE | | | 04-9649 | | |
| HEALTH<br>-V-<br>PURDUE | | | 04-9813 | | |
| SCHECHER<br>-V-<br>PURDUE | | | 05-3285 | | |
| CHABALLA<br>-V-<br>PURDUE | | | 05-3500 | | |
| HARLEYS-<br>VILLE<br>-V-<br>PURDUE | | | 05-4761 | | |
| JOLLY<br>-V-<br>PURDUE | | | 05-8528 | | |
| | | | | | |

## Attachment B - Service List

**Herbert F. Schwartz**
Ropes & Gray, LLP(NYC)
1251 Avenue of the Americas,
New York, NY 10020

**John Francis Sweeney**
Morgan & Finnegan, LLP
Three World Financial Center
New York, NY 10281-2101

**Brian D. Coggio**
John E. Lavelle, Esq.
38 Willis Avenue
Mineola, NY 11501

**Gary Michael Bryner**
Kenyon & Kenyon
One Broadway
New York, NY 10004

**John J. Normile**
Pennie & Edmonds, L.L.P.
1155 Avenue of the Americas
New York, NY 10036-2711
(212) 790-9090
*LEAD ATTORNEY*

**Timothy Edward DeMasi**
Weil, Gotshal & Manges LLP(NYC)
767 Fifth Avenue
New York, NY 10153

**Duane-David Hough**
Fish & Neave
875 Third Avenue
New York, NY 10022-6250

10

**David Brian Wechsler**
Wechsler & Cohen, LLP
116 John Street, 33rd Flr.
New York, NY 10038

**Curtis Victor Trinko**
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, Seventh Floor
New York, NY 10036

**Bernard Persky**
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
12th Floor
New York, NY 10017

**Brett H Cebulash**
Garwin Gerstein & Fisher, L.L.P.
1501 Broadway Suite 1416
New York, NY 10036

**C. William Phillips**
Covington & Burling(NYC)
1330 Avenue of Americas
New York, NY 10019

**Antonio Vozzolo**
Fay Kaplun & Marcin, LLP
150 Broadway, Suite 702
New York, NY 10038

**Bernard Persky**
Labaton Rudoff & Sucharow LLP
100 Park Avenue
12th Floor
New York, NY 10017

11

**Allison Beth Neidoff**
Gibbons, Del Deo, Dolan, Griffinger & Vecchione (NY)
One Pennsylvania Plaza, 37th Floor
New York, NY 10119

**Linda P. Nussbaum**
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street
New York, NY 10022

**Robert Gerard Eisler**
Lieff Cabraser Heimann & Bernstein, LLP
780 Third Ave., 48th Floor
New York, NY 10017

**Jason Allen Zweig**
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
New York, NY 10022

**Mark Casser Gardy**
Bibicheff & Associates
2259 65th Street
Brooklyn, NY 11204

**Mark Casser Gardy**
Bibicheff & Associates
2259 65th Street
Brooklyn, NY 11204

**Barbara J. Hart**
Goldman Gruder & Wood
200 Connecticut Avenue
Norwalk, CT 06854

**Lester Levy**
Wolf, Popper, Ross, Wolf & Jones
845 Third Avenue

12

New York, NY 10022

**Russel Neil Jacobson**
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017

**David Boies**
Boies, Schiller & Flexner, LLP
10 North Pearl Street
Albany, NY 12207

**Richard Wolfe Cohen**
Lowey, Dannenberg, Bemporad and Selinger P.C.
The Gateway 11th floor, One Lexington Avenue
White Plains, NY 10601

**Jerald M. Stein**
Law Office of Jerald M. Stein
444 Park Ave. So., Fl. 11
New York, NY 10016-7321

**Jennifer Winter Sprengel**
Miller, Faucher and Cafferty, L.L.P.
30 North La Salle Street
Chicago, IL 60602

**Kathleen Currie Chavez**
Chavez Law Firm
P.O. Box 772
Geneva, IL 60134

**Fred T. Isquith**
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

13

**James V. Bashian**
Law Offices of James V. Bashian, P.C.
Fairfield Commons
271 Route 46 West
Fairfield, NJ 07004

**Patrick Anthony Klingman**
Shepherd, Finkelman, Miller & Shah, LLC
65 Main Street
Chester, CT 06412

**Michael Dore**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068

**Joseph Lipofsky**
Zwerling, Schachter & Zwerling (NYC)
41 Madison Avenue
New York, NY 10010

**Catherine Dugan O'Connor**
Day, Berry & Howard LLP (Stamford, CT)
One Canterbury Green
Stamford, CT 06901

**James E. Miller**
Shepherd, Finkelman, Miller & Shah
One Lewis St.
Hartford, CT 06103

**Donna Siegel Moffa**
Trujillo, Rodriguez & Richards, L.L.P.
8 Kings Highway West
Haddonfield, NJ 08033

**Aaron D. Hovan**
Kirby McInerney & Squire, LLP

14

830 Third Avenue, 10th Floor
New York, NY 10022

**Barrett Erskine Pope**
Durrette Bradshaw, PLC
600 E. Main Street
Richmond, VA 23219

**Howard Mitchell Bushman**
Harke & Clasby
155 S. Miami Avenue
Miami, FL 33130

**Samuel Kenneth Rosen**
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY 10022

**David R. Scott**
Scott + Scott, L.L.C.
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

**Andrew S. Friedman**
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 N. Central Ave.
Phoenix, AZ 85012

**Garth A. Rosengren**
Kershaw, Cutter, Ratinoff & York, L.L.P.
980 9th Street
Suite 1900
Sacaramento, CA 95814-4416

**Andrew Friedman**
Law Office of Andrew Friedman
682 Grand Street

Brooklyn, NY 11372

**Thomas A. Bryan**
80 Midland Avenue
Hicksville, NY 11801

**Richard A. Lockridge**
Lockridge, Grindal, Nauen, P.L.L.P.
100 Washington Avenue S.
Minneapolis, MN 55401

**Aashish Desai**
Mower Carreon & Desai
2301 Dupont Dr, Ste 360
Irvine, CA 92612-7503

**Franklin K. Belhasen, II**
Belhausen Law Office
814 S. Mayo Trail
Paintsville, KY 41240

**Ben Barnow**
Barnow and Goldberg, P.C.
One North LaSalle
Suite 4600
Chicago, IL 60602

**Eric Lee Siegel**
Henrichsen Seigel, P.L.L.C.
5301 Wisconsin Avenue
NW
Suite 570
Washington, DC 20036

**Heather Moore Collins**
Henrichsen, Siegel, Moore, P.L.L.C.
1648 Osceola Street
Jacksonville, FL 32204

16

**Andrew S. Friedman**
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 N. Central Ave.
Phoenix, AZ 85012

**Andrew J. Morganti**
Siemion Huckabay, P.C.
One Towne Square
Southfield, MI 48068

**Bruce D. Tingey**
Tingey & Tingey Law Firm
723 S. Third Street
Las Vegas, NV 89101

**Frederick M. Corley**
P.O. Box 2265
Beaufort, SC 29901-2265

**Gordon Ball**
Ball & Scott
550 Main Avenue
750 NationsBank Center
Knoxville, TN 37902-2567

**Bates Nelson Felder**
Felder and McGee
P.o. Box 346
St Matthews, SC 29135

**Daniel S. Glaser**
827 Moraga Drive
Bel Air, CA 90047

**Ryan M. Hagan**
Alexander Hawes & Audet LLP
152 North 3d Street
San Jose, CA 95112

17

**Douglas H. Patton**
Dewsnup, King & Olsen
36 South State Street
Suite 2020
Salt Lake City, UT 84111

**Peter S. Obetz**
Bartimus, Frickleton, Robertson & Obetz, P.C.
11150 Overbrook Drive
Suite 200
Leawod, KS 66211

**Lisa J. Rodriguez**
Rodriguez & Richards, L.L.C.
8 Kings Highway East
Haddonfield, NJ 08033

**Thomas A. Bryan**
P.O. Box 8000
Farmingville, NY 11738-8000

**Harold M. Hewell**
Hewell Law Firm
1901 First Avenue
Second Floor
San Diego, CA 92101

**David S. Nalven**
Hagens Berman Sobol Shapiro L.L.P.
One Main Street
Cambridge, MA 02142

**David E. Kovel**
Kirby McInerney & Squire
830 Third Avenue
New York, NY 10022

18

## Attachment C – Tentative Agenda
### For January 18, 2006 Initial Conference

1.  Consideration of plaintiffs Louisiana Wholesale Drug Co., Inc., et al.'s "Plaintiffs' Motion for Entry of Case Management Order No. 1, Applicable to Direct Purchaser Plaintiffs" seeking consolidation of all direct purchaser class actions and appointment of Garwin Gerstein & Fisher L.L.P., Berger & Montague, P.C. and Boies, Schiller & Flexner L.L.P. as direct purchaser co-lead counsel;

2.  Consideration of plaintiffs A.F. of L-A.G.C. Building Trades Welfare Plan, et al.'s "Motion to Appoint Interim Class Counsel for End-Payor Plaintiffs Pursuant to Fed. R. Civ. P. 23(g) and for Consolidation" seeking consolidation of all end-payor class actions and appointment of Lieff, Cabraser, Heimann & Bernstein, L.L.P., Hagens Berman L.L.P., Miller Faucher and Cafferty L.L.P., and Goodkind Labaton Rudoff & Sucharow L.L.P. as end-payor interim class counsel;

3.  Consideration of the need for appointment of liaison counsel for coordination of discovery and briefing of all actions;

4.  Consideration of defendant Purdue's suggestion that consolidated briefing is appropriate to resolve all pending motions for remand, (see Letter from Timothy C. Hester to the Court, dated June 27, 2005, at p.1);

5.  Consideration of whether an order regarding the preservation of documents is warranted, and if so the scope, duration, method of data preservation;

6.  Consideration of proposed End-Payor Interim Class Counsel's request that Purdue be directed to make available to plaintiffs the records it produced in the patent litigation and other lawsuits and governmental investigations involving OxyContin, (see Letter from David S. Nalven to the Court, dated June 9, 2005, at p.2; Letter from David S. Nalven to the Court, dated June 29, 2004, at p.3).