# COVINGTON & BURLING LLP

1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
TEL 202.662.6000
FAX 202.662.6291
WWW.COV.COM

BEIJING
BRUSSELS
LONDON
NEW YORK
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
WASHINGTON

TIMOTHY C. HESTER
TEL 202.662.5324
FAX 202.778.5324
THESTER@COV.COM

March 9, 2010

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007-1312

        Re: *In re OxyContin Antitrust Litigation*, No. 04-MDL-1603 (SHS)

Dear Judge Stein:

        On behalf of Purdue, we are writing to apprise the Court of recent developments related to the settlement of the antitrust actions pending before the Court in the above docket.

        Purdue is in the process of settling all of the indirect purchaser actions pending in this docket. The settlements are being reached with the named plaintiffs in each of the 56 pending indirect purchaser actions, with the result that in each such matter we anticipate filing a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a). A number of these stipulations have already been filed with the Court, and we expect that the balance of these indirect purchaser actions will be settled and dismissed pursuant to joint stipulation within the next few months.

        As for the direct purchaser actions pending in this docket, we anticipate that the parties will soon file with the Court a motion for certification of the direct purchaser class for purposes of settlement, and a motion for preliminary approval of a class-wide settlement.

COVINGTON & BURLING LLP

The Honorable Sidney H. Stein
March 9, 2010
Page 2

Finally, Purdue anticipates a settlement with a group of direct purchasers who had filed separate lawsuits on their own behalf rather than suing on behalf of a direct purchaser class. The discussions are at an advanced stage.

We are pleased to be able to report to the Court that these matters appear to be on track for resolution via settlement.

Respectfully submitted,

*Timothy C. Hester*

Timothy C. Hester
*Counsel for Purdue Defendants*

cc: Service List