```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                       :   04-MDL-1603 (SHS)
                                                             :
OXYCONTIN ANTITRUST LITIGATION                               :
                                                             :
------------------------------------------------------------ :
                                                             :
This document relates to:                                    :
                                                             :
Pamela Krause,                                               :
                                                             :   04 CV 00314 (SHS)
              Plaintiff,                                     :
       v.                                                    :   ECF CASE
                                                             :
P. F. Laboratories Inc., Purdue Frederick Company,           :
Purdue Pharma Company, Purdue Pharma, Inc.,                  :
Purdue Pharma, L.P.                                          :
                                                             :
              Defendants.                                    :
------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Pamela Krause, and the Defendants, by and through their undersigned counsel of record and representing all parties to the action, stipulate to the voluntary dismissal with prejudice of this action, with each party to bear its own fees and costs, including attorneys' fees. This stipulation of dismissal shall be *res judicata* against each party as to all aspects of Plaintiff's claims.

Respectfully submitted,

BY: *Timothy C. Hester by AMB*
Timothy C. Hester
Mark H. Lynch
Christopher N. Sipes
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-6000
(202) 662-6291 (facsimile)

C. William Phillips
Michael C. Nicholson
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
(212) 841-1010 (facsimile)

*Counsel for Defendants*

Dated: 04/04/2010

Respectfully submitted,

BY: _____
Anthony Vozzolo (8773)
Faruqi & Faruqi, LLP
369 Lexington Avenue
10th Floor
New York, NY 10017
(212) 983-9330
(212) 983-9331 (facsimile)

*Counsel for Plaintiff*

Dated: 3-24-2010

SO ORDERED: 4/5/10

_____
U.S.D.J.