USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:                                          :   04-MDL-1603 (SHS)
                                                :
OXYCONTIN ANTITRUST LITIGATION                  :
                                                :
------------------------------------------------ :
                                                :
This document relates to:                       :
                                                :
Albertson's, Inc., Hy-Vee, Inc., Safeway Inc.,  :
                                                :   04 CV 09649 (SHS)
         Plaintiffs,                            :
     v.                                         :   ECF CASE
                                                :
The Purdue Pharma Company, Purdue Pharma L.P.,  :
The Purdue Frederick Company, P.F. Laboratories :
Inc.,                                           :
                                                :
         Defendants.                            :
                                                :
                                                :
------------------------------------------------------------ x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Albertson's, Inc., Hy-Vee, Inc., Safeway Inc., and the Defendants, by and through their undersigned counsel of record and representing all parties to the action, stipulate to the voluntary dismissal with prejudice of this action, with each party to bear its own fees and costs, including attorneys' fees. This stipulation of dismissal shall be *res judicata* against each party as to all aspects of Plaintiff's claims.

Respectfully submitted,

BY: /s/ Timothy C. Hester
Timothy C. Hester
Mark H. Lynch
Christopher N. Sipes
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-6000
(202) 662-6291 (facsimile)

C. William Phillips
Michael C. Nicholson
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
(212) 841-1010 (facsimile)

*Counsel for Defendants*

Dated: May 9, 2011

Respectfully submitted,

BY: /s/ Scott E. Perwin
Scott E. Perwin
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
(305)-372-1861 (facsimile)

*Counsel for Plaintiffs*

Dated: May 10, 2011

SO ORDERED 5/17/11

SIDNEY H. STEIN
U.S.D.J.