USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/17/13_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

04md 1603 (SHS)
This document relates to:
11 Civ. 2037        12 Civ. 897
11 Civ. 2038        12 Civ. 5082
11 Civ. 2400        12 Civ. 5083
11 Civ. 4694        12 Civ. 5615
                    12 Civ. 7582

IN THE MATTER OF AN APPLICATION
TO BRING AN ELECTRONIC DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A TRIAL OR PROCEEDING

I hereby authorize the following attorney(s) to bring the General Purpose Computing Device(s) ("GPCD) listed below into the Courthouse for use in a trial or proceeding in the action entitled *Purdue Pharma L.P., et al. v. Teva Pharmaceuticals USA, Inc.*, et al., Nos. 11cv2037 (SHS) and 11cv2400 (SHS), which is scheduled to begin on September 23, 2013 and is anticipated to conclude on October 18, 2013.

| Attorney | Device(s) |
| --- | --- |
| Barbara Mullin | Laptop; Tablet |
| Angela Verrecchio | Laptop; Tablet |
| Matthew Pearson | Laptop; Tablet |

*(Attach Extra Sheet If Necessary)*

The attorney(s) identified in this Order must present a copy of the Order when entering the Courthouse. Their bringing of the equipment into the building constitutes a certification by them that the electronic device(s) lack (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions. They shall comply in all respects with the requirements printed on the reverse side of this page.

This order does not authorize any attorney or law firm to bring more than three GPCDs into the Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee.

SO ORDERED:

Dated: _Sept. 17, 2013_

_____
United States District Judge

RECEIPT ACKNOWLEDGED

_____
Chair (or designee), Technology Committee

| Attorney | Device(s) |
|---|---|
| Steven Maslowski | Laptop; Tablet |
| Karen Poppel | Laptop; Tablet |