USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: OXYCONTIN ANTITRUST LITIGATION

PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., and GRÜNENTHAL GMBH,

                      Plaintiffs,

-against-

SANDOZ INC.,

                      Defendant.

04 Md. 1603 (SHS)

ORDER

This document relates to:

13 Civ. 7776 (SHS)

---

SIDNEY H. STEIN, U.S. District Judge.

    This Court has accepted the above-captioned case as related to other pending litigation pursuant to Rule 13 of this District's Rules for the Division of Business Among District Judges. In order to secure the advantages of judicial economy for which Rule 13 exists, the Court will treat this case as consolidated for trial with the following cases: 12 Civ. 2959, 13 Civ. 683, 13 Civ. 763, 13 Civ. 3372, 13 Civ. 3374, and 13 Civ. 4606. Accordingly, this case will be tried starting on July 8, 2014.

    The parties shall adhere to the Court's discovery order of September 20, 2013 (No. 04 Md. 1603, Dkt. 592). For any deadlines prior to January 6, 2014, in that order, the parties in this action may jointly decide on a substitute schedule. However, no deadline—including the deadline for the completion of fact discovery—shall extend beyond January 6, 2014. On or before January 6, 2014, the parties in this action shall submit to the Court a joint memorandum, updating the Court as to the status of discovery and confirming that fact discovery is complete.

    The Court orders all of the foregoing, subject to the parties' feedback. Any party may file an objection to this order on or before November 19,

2013. If a further pleading or counterclaim prompts a party to object to this order, it must file its objection within five business days after receiving notice of that pleading or counterclaim. If any party files an objection, any response will be due within three business days thereafter.

Dated: New York, New York
       November 12, 2013

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.