USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: OXYCONTIN ANTITRUST LITIGATION | ORDER AMENDING FINDINGS OF FACT AND CONCLUSIONS OF LAW AND THE JUDGMENT IN THESE ACTIONS<br><br>04 Md. 1603 (SHS)<br><br><br>This document relates to: |
| PURDUE PHARMA L.P., et al.,<br>            Plaintiffs,<br>-against-<br>TEVA PHARMACEUTICALS, USA, INC.,<br>            Defendant. | 11 Civ. 2037 (SHS)<br>12 Civ. 5083 (SHS) |

SIDNEY H. STEIN, U.S. District Judge.

After a consolidated bench trial on the above-captioned actions, this Court issued Findings of Fact and Conclusions of Law on January 14, 2014. (Dkt. No. 634.) Judgment was entered on January 22, 2014. (Dkt. No. 637.) Defendant Teva Pharmaceuticals, USA, Inc., has now moved to amend the Judgment to include a declaration that claims 1, 2, 6, and 9 of U.S. Patent No. 7,776,314 are invalid. (Case No. 11 Civ. 2037, Dkt. No. 153.) Plaintiffs do not oppose the motion. (Case No. 11 Civ. 2037, Dkt. No. 162.) Accordingly, the Court grants Teva's motion.

It is therefore ORDERED that:

1

1. The January 14, 2014, Findings of Fact and Conclusions of Law are amended by adding the following italicized language to page 108: "The following declaratory judgments shall enter in favor of Teva and against plaintiffs Purdue Pharma L.P., The P.F. Laboratories, Inc., Purdue Pharmaceuticals L.P., Rhodes Technologies, and Grunenthal GmbH: . . . *e. Claims 1, 2, 6, and 9 of U.S. Patent No. 7,776,314 are invalid.*"

2. The January 22, 2014, Judgment is amended by adding the following italicized language to page 1: "The following declaratory judgment shall enter in favor of Teva and against plaintiffs Purdue Pharma L.P., The P.F. Laboratories, Inc., Purdue Pharmaceuticals L.P., Rhodes Technologies, and Grunenthal GmbH: . . . *e. Claims 1, 2, 6, and 9 of U.S. Patent No. 7,776,314 are invalid.*"

3. The January 22, 2014, Judgment is further amended by adding the following italicized language to page 2: "The following declaratory judgment is entered in favor of Teva and against plaintiffs Purdue Pharma L.P., The P.F. Laboratories, Inc., Purdue Pharmaceuticals L.P., Rhodes Technologies, and Grunenthal GmbH: . . . *e. Claims 1, 2, 6, and 9 of U.S. Patent No. 7,776,314 are invalid.*"

Dated: New York, New York
April 16, 2014

SO ORDERED:

Sidney H. Stein, U.S.D.J.